JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIMBERLY FRIDAY (MABN 660544)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Fax: (415) 436-6748
    e-mail: kimberly.friday@usdoj.gov

MICHAEL D. GRANSTON
TRACY L. HILMER
AMY D. KOSSAK
Attorneys, Civil Division
United States Department of Justice
    Ben Franklin Station, Box 261
    Washington, D.C. 20044
    Telephone: (202) 616-2856
    Fax: (202) 305-7797
    e-mail: Amy.D.Kossak@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and the COMMONWEALTH OF MASSACHUSETTS, *et al.* ex rel. SHAWNEA HOWERTON,<br><br>    Plaintiffs,<br><br>v.<br><br>COVIDIEN, *et al.*<br><br>    Defendants. | CASE NO. C 15-0558 ~~EDL~~ VC<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL; [~~PROPOSED~~] ORDER** |

//

//

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act (FCA), 31 U.S.C. § 3730(b)(1), and in accordance with and subject to all of the terms and conditions of the settlement agreement among the United States, the State of California, the State of Florida, Relators Erin Hayes, Richard Ponder, and Shawnea Howerton, and Covidien LP[1], (the "Settlement Agreement"), the United States, the State of California, the State of Florida, and Relator Shawnea Howerton ("Howerton"), hereby stipulate, through their undersigned counsel, as follows:

1. As to the United States, the claims against Covidien LP are dismissed with prejudice as to the Covered Conduct released in the Settlement Agreement and subject to all of the terms of the Settlement Agreement, and otherwise without prejudice.

2. As to the State of California, the claims against Covidien LP are dismissed with prejudice as to the Covered Conduct released in the Settlement Agreement (including any supplemental state law claims asserted in the Civil Actions) and subject to all of the terms of the Settlement Agreement, and otherwise without prejudice.

3. As to the State of Florida, the claims against Covidien LP are dismissed with prejudice as to the Covered Conduct released in the Settlement Agreement (including any supplemental state law claims asserted in the Civil Actions) and subject to all of the terms of the Settlement Agreement, and otherwise without prejudice.

4. As to all other States and all cities named as plaintiffs in this action,[2] the claims against Covidien LP are dismissed without prejudice.

5. As to the United States, the State of California, the State of Florida, and all other States and cities named as plaintiffs in this action, the claims against Prime Partners Medical Group, Inc. are dismissed without prejudice.

---

[1] Covidien LP was named as Covidien in the complaint.

[2] Those states are: Colorado, Connecticut, Delaware, Georgia, Hawaii, Illinois, Indiana, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Virginia, Washington, and Wisconsin. Those cities are: Chicago and the District of Columbia.

6. As to Howerton, this action is dismissed with prejudice, subject to all of the terms of the Settlement Agreement.

7. According to the terms of the Settlement Agreement, this Court retains jurisdiction over any disputes that may arise regarding compliance with the Settlement Agreement.

8. A copy of the Settlement Agreement will be provided to the Court upon request.

IT IS SO STIPULATED.

DATED: May 3, 2019

JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney

*/s/ Kimberly Friday*
KIMBERLY FRIDAY
Assistant United States Attorney

MICHAEL D. GRANSTON
TRACY L. HILMER
AMY D. KOSSAK
Attorneys, Civil Division
United States Department of Justice
Ben Franklin Station, Box 261
Washington, D.C. 20044
Telephone: (202) 616-2856
Fax: (202) 305-7797
e-mail: Amy.D.Kossak@usdoj.gov

Attorneys for the United States of America

DATED: March____, 2019

XAVIER BECERRA
Attorney General for the State of California

_____
SIOBHAN FRANKLIN
Deputy Attorney General
California Attorney General's Office
Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108
Telephone: 619-688-6071
Siobhan.Franklin@doj.ca.gov

Attorneys for the State of California

JOINT STIPULATION OF VOLUNTARY DISMISSAL; PROPOSED ORDER
C 15-0558 EDL

3

6. As to Howerton, this action is dismissed with prejudice, subject to all of the terms of the Settlement Agreement.

7. According to the terms of the Settlement Agreement, this Court retains jurisdiction over any disputes that may arise regarding compliance with the Settlement Agreement.

8. A copy of the Settlement Agreement will be provided to the Court upon request.

IT IS SO STIPULATED.

DATED: March____, 2019

JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney

_____
KIMBERLY FRIDAY
Assistant United States Attorney

MICHAEL D. GRANSTON
TRACY L. HILMER
AMY D. KOSSAK
Attorneys, Civil Division
United States Department of Justice
Ben Franklin Station, Box 261
　　Washington, D.C. 20044
Telephone: (202) 616-2856
Fax: (202) 305-7797
e-mail: Amy.D.Kossak@usdoj.gov

Attorneys for the United States of America

DATED: March 25, 2019

XAVIER BECERRA
Attorney General for the State of California

SIOBHAN FRANKLIN
Deputy Attorney General
California Attorney General's Office
Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108
Telephone: 619-688-6071
Siobhan.Franklin@doj.ca.gov

Attorneys for the State of California

| | |
|---|---|
| DATED: March 19, 2019 | JOHN M. GUARD<br>Attorney General for the State of Florida<br><br>*/s/ Jill Bennett*<br>JILL BENNETT<br>Assistant Attorney General<br>Florida Office of the Attorney<br>Medicaid Fraud Control Unit<br>Complex Civil Enforcement Bureau<br>PL-01, The Capitol<br>Tallahassee, FL 32399<br>Telephone: 850-414-3913<br>Jill.Bennett@myflorida.com<br><br>Attorneys for the State of Florida |
| DATED: March____, 2019 | _____<br>CLAUDINE Q. HOMOLASH<br>CQH Firm<br>203 N. 3rd St.<br>Unit 6<br>Philadelphia, PA 19106<br>Telephone: 215-510-2245<br><br>Attorney for Shawnea Howerton |

DATED: March____, 2019         JOHN M. GUARD
                               Attorney General for the State of Florida

                               _____
                               JILL BENNETT
                               Assistant Attorney General
                               Florida Office of the Attorney
                               Medicaid Fraud Control Unit
                               Complex Civil Enforcement Bureau
                               PL-01, The Capitol
                               Tallahassee, FL 32399
                               Telephone: 850-414-3913
                               Jill.Bennett@myflorida.com

                               Attorneys for the State of Florida

DATED: April 2, 2019           /s/ Claudine Homolash
                               CLAUDINE Q. HOMOLASH
                               CQH Firm
                               203 N. 3rd St.
                               Unit 6
                               Philadelphia, PA 19106
                               Telephone: 215-510-2245

                               Attorney for Shawnea Howerton

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court directs the Clerk to close this case pursuant to the settlement agreement between the parties.

**IT IS SO ORDERED.**

Dated: May 20, 2019



JOINT STIPULATION OF VOLUNTARY DISMISSAL; PROPOSED ORDER
C 15-0558 EDL

5